IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 5:93cr5008-SPM

MICHAEL LEE,
YVONNE CHIN,
and
LOUIS EDEN CHIN

        Defendants.

_____

### ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS

THIS CAUSE comes before the Court upon the "Government's Motion to Dismiss" (doc. 224). This motion requests the dismissal of this case because the insufficient evidence, the age of the case and the unavailability of witnesses all make it unlikely that the Government could succeed in a prosecution of this case. Accordingly, it is hereby ORDERED AND ADJUDGED that the Government's motion (doc. 224) is *granted*. This case is hereby *dismissed without prejudice*.

ORDERED AND ADJUDGED this <u>fourth</u> day of June, 2009.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge